UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CALIFORNIA SPORTSFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>LAS ANIMAS CONCRETE & BUILDING SUPPLY, INC., and SCOTT FRENCH,<br><br>　　　　　　　　Defendants. | Case No.: 14-CV-00580-LHK<br><br>ORDER SETTING DEADLINE FOR FILING OF STIPULATION OF DISMISSAL AND CONTINUING CASE MANAGEMENT CONFERENCE |

　　Pursuant to the Plaintiff's September 29, 2014 Notice of Settlement, ECF No. 46, the parties shall file by December 18, 2014 a Stipulation for Approval of Consent Agreement and Dismissal of Plaintiff's Claims with Prejudice, or a Notice that the settlement is null and void.  The case management conference set for October 8, 2014 is hereby continued to January 14, 2015. Pursuant to Civil Local Rule 16-10(d), the parties shall file a joint case management statement by January 7, 2015.

**IT IS SO ORDERED.**

Dated: October 1, 2014　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1